UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE JUSTE,

    Plaintiff,

v.

STATE OF NEW YORK, et al.,

    Defendants.

Case No. 17-cv-01287-SI

**ORDER ON PAUPER APPLICATION**

Re: Dkt. No. 5

Plaintiff's application to proceed *in forma pauperis* in the district court is GRANTED. (Docket No. 5.)

This action recently was dismissed because it was filed in the wrong venue. The court chose dismissal rather than transfer because plaintiff has filed more than seventy actions throughout the country but chooses not to comply with venue requirements of which he is aware. Although the court has permitted plaintiff to file his action in the district court as a pauper, the court now certifies that an appeal from the order of dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: April 11, 2017

    _____

    SUSAN ILLSTON
    United States District Judge